# Third District Court of Appeal

## State of Florida

Opinion filed May 3, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0650
Lower Tribunal No. 20-22336
_____

**Laura Borgese**,
Appellant,

vs.

**Citizens Property Insurance Corporation**,
Appellee.

An appeal from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

Alvarez, Feltman, Da Silva & Costa, PL, and Paul B. Feltman, and The Property People FL, P.A., and Daniel M. Ilani, for appellant.

Paul R. Pearcy, P.A., and Maureen G. Pearcy, for appellee.

Before FERNANDEZ, C.J., and LOGUE, and MILLER, JJ.

PER CURIAM.

Affirmed. See Navarro v. Citizens Prop. Ins. Corp., 353 So. 3d 1276, 1280 (Fla. 3d DCA 2023) (affirming summary judgment in favor of insurer where insured failed to "adequately counter the presumption of prejudice" resulting from insured's failure to timely report claim).